DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

**FILED**

MAY 06 2011



UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
MARIE ROZENBERG

Chapter 13
Case No. 05-3-3568 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $1.00 as follows:

Name and Address of Claimant
CLERK OF THE COURT FC
MARIE ROZENBERG
300 TORINO DR. #10
SAN CARLOS, CA 94070

Unclaimed Refund
$1.00

Dated:   May 5, 2011

CECILIA MARCELO
Receipts Administrator